UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
§
§
THOMAS E DEITER, Jr.    §    Case No. 17-80007
§
§
Debtor    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,085.00<br>*(Without deducting any secured claims)* | Assets Exempt: 9,800.00 |
| Total Distributions to Claimants: 8,406.54 | Claims Discharged<br>Without Payment: 29,269.61 |
| Total Expenses of Administration: 1,943.23 | |

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 29,650.23 (see **Exhibit 2**), yielded net receipts of $ 10,349.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 10,834.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,943.23 | 1,943.23 | 1,943.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,435.61 | 8,351.77 | 8,351.77 | 8,406.54 |
| **TOTAL DISBURSEMENTS** | $ 29,269.61 | $ 10,295.00 | $ 10,295.00 | $ 10,349.77 |

4) This case was originally filed under chapter 7 on 01/04/2017 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/16/2018                By:/s/BERNARD J. NATALE, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Grandfather Passing | 1229-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| THOMAS E DEITER, Jr. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 29,650.23 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 29,650.23** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Snap on Credit, 2801 80th St. Kenosha, WI 53143 | | 4,334.00 | NA | NA | 0.00 |
| | Toyota Motor Sales, 19001 S. Western Ave. Torrance, CA 90501 | | 6,500.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 10,834.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,784.98 | 1,784.98 | 1,784.98 |
| BERNARD J. NATALE | 2200-001 | NA | 4.98 | 4.98 | 4.98 |
| Associated Bank | 2600-000 | NA | 153.27 | 153.27 | 153.27 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,943.23 | $ 1,943.23 | $ 1,943.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, 100 N. Tryon St. Charlotte, NC 28255 | | 5,177.26 | NA | NA | 0.00 |
| | Cabelas, 4800 NW 1st St. #300 Lincoln, NE 68521 | | 5,067.87 | NA | NA | 0.00 |
| | Chandler Properties, P.O. Box 15724 Loves Park, IL 61132 | | 0.00 | NA | NA | 0.00 |
| | JP Morgan CHase, 270 Park Ave. New York, NY 10017 | | 2,065.12 | NA | NA | 0.00 |
| | JP Morgan CHase, 270 Park Ave. New York, NY 10017 | | 993.09 | NA | NA | 0.00 |
| | JP Morgan CHase, 270 Park Ave. New York, NY 10017 | | 2,137.53 | NA | NA | 0.00 |
| | Paypal Credit, 2211 N. First St. San Jose, CA 95131 | | 2,994.74 | NA | NA | 0.00 |
| 1 | Comenity Capital Bank/Paypal Credit | 7100-000 | NA | 3,166.19 | 3,166.19 | 3,166.19 |
| 2 | World"s Foremost Bank-Cabela"s Club Visa | 7100-000 | NA | 5,185.58 | 5,185.58 | 5,185.58 |
| | Comenity Capital Bank/Paypal Credit | 7990-000 | NA | NA | NA | 20.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | World"s Foremost Bank-Cabela"s Club Visa | 7990-000 | NA | NA | NA | 34.01 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 18,435.61 | $ 8,351.77 | $ 8,351.77 | $ 8,406.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-80007 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | THOMAS E DEITER, Jr. | | | | Date Filed (f) or Converted (c): | 01/04/2017 (f) |
| | | | | | 341(a) Meeting Date: | 02/16/2017 |
| For Period Ending: | 01/16/2018 | | | | Claims Bar Date: | 09/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1989 Gmc Older | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 2. 1995 Chevrolet | 500.00 | 500.00 | OA | 0.00 | FA |
| 3. 2016 Corolla Toyota Lease | 6,500.00 | 6,500.00 | OA | 0.00 | FA |
| 4. 16' Trailer | 500.00 | 500.00 | OA | 0.00 | FA |
| 5. Necessary Household Goods And Furnishings: Tv, Bed, Table & | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 6. Necessary Wearing Apparel | 300.00 | 0.00 | OA | 0.00 | FA |
| 7. Snap On Tools | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Cash | 100.00 | 0.00 | OA | 0.00 | FA |
| 9. Members Alliance Cu | 200.00 | 0.00 | OA | 0.00 | FA |
| 10. Ira | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 11. Security Deposit With Chandler Properties | 585.00 | 0.00 | OA | 0.00 | FA |
| 12. Inheritance from Grandfather Passing (u) | 40,000.00 | 40,000.00 | | 40,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $60,885.00    $48,500.00        $40,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 12/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case 17-80007    Doc 30    Filed 02/01/18    Entered 02/01/18 15:34:54    Desc Main
Document    Page 8 of 10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-80007 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: THOMAS E DEITER, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8889 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/17 | 12 | Daryl and Joan Deiter Revoc Trust<br>900 Hamlin<br>La Feria, TX 78559-5044 | Inheritance<br>Was held until case could be reopened by UST | 1229-000 | $40,000.00 | | $40,000.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.52 | $39,965.48 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.42 | $39,906.06 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.33 | $39,846.73 |
| 11/22/17 | 1102 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal<br>Should not go to Court. These are expenses of the Trustee. Check never printed. Will be re-issued. | 2200-000 | | ($4.98) | $39,851.71 |
| 11/22/17 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,784.98 | $38,066.73 |
| 11/22/17 | 1102 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $4.98 | $38,061.75 |
| 11/22/17 | 1103 | Comenity Capital Bank/Paypal Credit<br>C/O Weinstein & Riley, Ps<br>P O Box 3978<br>Seattle, Wa 98124-3978 | Ref #7549 | | | $3,186.95 | $34,874.80 |
| | | | ($20.76) | 7990-000 | | | |
| | | Comenity Capital Bank/Paypal Credit | Ref #7549    ($3,166.19) | 7100-000 | | | |
| 11/22/17 | 1104 | World"s Foremost Bank-Cabela"s Club Visa<br>P O Box 82609<br>Lincoln, NE 68501-2609 | Ref #6841 | | | $5,219.59 | $29,655.21 |
| | | | ($34.01) | 7990-000 | | | |
| | | World"s Foremost Bank-Cabela"s Club Visa | Ref #6841    ($5,185.58) | 7100-000 | | | |
| | | | Page Subtotals: | | $40,000.00 | $10,344.79 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-80007 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: THOMAS E DEITER, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8889 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/17 | 1105 | THOMAS E DEITER, Jr.<br>1414 JUNIPER LANE<br>MACHESNEY PARK, IL  61115 | Distribution of surplus funds to debtor. | 8200-002 | | $29,650.23 | $4.98 |
| 11/22/17 | 1106 | NATALE, BERNARD J.<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Trustee Expenses | 2200-000 | | $4.98 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,000.00 | $40,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,000.00 | $40,000.00 |
| Less: Payments to Debtors | $0.00 | $29,650.23 |
| Net | $40,000.00 | $10,349.77 |

Page Subtotals: $0.00  $29,655.21

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8889 - Checking | $40,000.00 | $10,349.77 | $0.00 |
|  | $40,000.00 | $10,349.77 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

Page Subtotals:    $0.00    $0.00